FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2014 FEB 28 P 1:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tommy Lee Young 247664
PLAINTIFF

V.

STATE OF ALABAMA
Warden Karla Jones et, Al
Defendants

* Complaint
* Civil Action No.—
* 2:14-CV-133-MEF-TH

Complaint for Preliminary Injunctions;
Deprivation of Basic Human Needs for Decent
and Safe Conditions In Prison

Demand Jury

On the 5TH day of February 2014, The Plantiff Mr. Young arrived here at Easterling Correctional Facility located at 200 Wallace Dr. Clio, AL. The Plantiff Young observed immediately upon reaching his housing unit C1 dorm bed 11B, Many Deficiant and insufficiant items. Which makes for extremely Harsh Living Conditions etc... Insufficient Law Library, Water Kitchen, Overcrowdness in living quarters.

## Count One

The Law Library here is not sufficient, there's no Room, Theres only two (2) computers and about 25 books for research. You only have two (2) hours to research, anyone knows that when your working on dealing with the courts it takes time. The (2) hours you are allowed is installed by way of a request form, of the two (2) computers they have, the Inmate Population (well over 1400) has access to but one (1) computer at a daily Rate of (30) minutes. The other computer is for the sole use of the law library clerks.

## Count Two

The water thats used to shower with has an oily feel to it and is hard to rinse off. This is also the same water they expect us to drink. There have been numerous accounts of inmates having skin irritations from the water such as rashes, bumps + itching. Its so bad that it turns our clothes brown after they are washed. You also have only (2) hours to shower daily for the whole dorm you live in. "MesA" is prevailent here.

## Count Three

Bathroom accomadations are not enough to satisfy for the amount of inmates housed in each Dorm. For example: You have only (8) eight shower heads (4) four on each tree, also (1) one 4 foot urinal, 6 commodes and 6 sinks to accomadate (90) ninety men. That is inhumane to have a person wait that long to urinate.

Also to Shower, and wait to brush your teeth and or other personal Hugene.

## Count Four

The kitchen has many inmates scared to eat in there, but we have no choice due to the small rations of food given out. If you do not go and eat you will be hungary. The kitchen always has unsafe equipment and lack of cares, concerns and considerations, by those appointed by Administration which counts for the stewards to produce equality products and services (ie meals) Trays eaten from every meal has standing water in them from the dishwasher, thats Inhumane. There are trash containers for food and trash that sets next to our Juice and Water Coolers.

## Count Five

Due to over crowding the inmates are at a rapid rate of have verbal and physical altercations. This is probably the most serious problems of the AL. D.O.C. It is very stressful being packed in here together like animals in cages. I am not trying to get in an altercation with another inmate if I can help it, but it is hard to do under these conditions.

Plantiffs filings are in compliance with all neccessary provisions of 42 USCA § 1997ec(A)

Wherefore, The above stated Premises Considered and may I add I am Sincerely of the Belief that only upon a favorable decision for the Petitioner, Shall the Judges, Wardens and proper authorities know along with our tax payers, that the erect and falling of our Society are but one standing together with Liberty and Justice for all. Just as the Cornerstone of our United States is not higher than the lowest person amongst it. No party or individual is Above the law which Governs All EVENTS!

Respectfully Submitted

*Tommy L. Young*

Tommy L. Young

## Certificate of Service

I hereby Certify that I have served a copy of the foregoing upon the Alabama Dept. of Corrections, Easterling Warden Jones, at 200 Wallace Dr. Clio, AL. 36017. And the office of the Alabama Attorney General, 11 South Union St. Montgomery, AL. 36130. By placing a copy of the same in the prison mail room, for United States Mail, Postage Prepaid and addressed properly on this 10TH day of February, 2014

Tommy LEE Young
Petitioner

/s/ Tommy Lee Young

CI-11B
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

02 1P   $ 000.69⁰
0003179579   FEB 27 2014
MAILED FROM ZIP CODE 36017

MIDDLE DISTRICT of ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, AL. 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."