IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY LEE YOUNG, #247916, )<br>)<br>　　Plaintiff, )<br>v. )<br>)<br>STATE OF ALABAMA, *et al.,* )<br>)<br>　　Defendants. ) | CASE NO. 2:14-cv-133-MEF<br>　　　WO |

# **O R D E R**

On March 5, 2014, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for preliminary injunction filed by the plaintiff is DENIED.

3. This case is referred back to the United States Magistrate Judge for additional proceedings.

DONE this the 1st day of April, 2014.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE